MN-305
(10/00)

UNITED STATES BANKRUPTCY COURT
MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: HEUPEL, DAVID

Chapter 7 Case No. 09-37047-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RITA WILLIAMS<br>C\O NEIL DIETERICH<br>332 MINNESOTA STREET STE E-1436<br>ST PAUL MN 55101 | 4 | $1,604.55 | $437.00 |

Date: November 23, 2010

Michael J. Iannacone, TRUSTEE

